UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PIERRE PREVEUS,

    Petitioner,

v.                              Case No. 3:05-cv-752-J-20MCR

STATE OF FLORIDA, et al.,

    Respondents.

## ORDER

Petitioner initiated this action by filing a Petition (Doc. #1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 9, 2005. Upon review of the record, it is clear that Petitioner has not exhausted his grounds for relief in state court.[1] Thus, this case will be dismissed without prejudice. In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's claims. For this reason, this case will be dismissed without prejudice to give Petitioner the opportunity to exhaust his state court remedies. See Rose v. Lundy, 455 U.S. 509 (1982); see also 28 U.S.C. § 2254(b)(1)(A).

---

[1] Petitioner states that his judgment of conviction was entered on July 19, 2005. Petitioner admits that he has a direct appeal pending and that he has not filed any motions for post-conviction relief in state court concerning the challenged conviction.

Accordingly, it is now

**ORDERED:**

1. This case is dismissed without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this __10t__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 8/10
c:
Pierre Preveus

2